1 JOHN CROSETTO, WSBA # 36667
Garvey Schubert Barer, P.C.
2 Eighteenth Floor
1191 Second Avenue
3 Seattle, Washington 98101-2939
Ph: 206 464 3939
4

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TINYBUILD LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NIVAL INTERNATIONAL LIMITED, a Cypriot corporation,<br><br>Defendant. | NO. 2:19-cv-00805<br><br>TINYBUILD LLC'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and LCR 7.1, Plaintiff tinyBuild LLC, a non-governmental corporate party, certifies that it is not a publicly owned corporation, that its sole member is tinyBuild Inc. (a Delaware corporation), and that Hong Kong NetEase Interactive Entertainment Limited, whose parent is NetEase, Inc. (a public company), owns more than 10% of tinyBuild Inc.'s stock.

DATED this 29th day of May, 2019.

TINYBUILD LLC'S CORPORATE DISCLOSURES- 1

GARVEY SCHUBERT BARER, P.C.
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

1
2
3  GARVEY SCHUBERT BARER, P.C.
4
5  By */s/ John Crosetto*
6  John Crosetto, WSBA #36667
7  Attorneys for Plaintiff tinyBuild LLC

GSB:10307631.1 [19767.00700]

TINYBUILD LLC'S CORPORATE DISCLOSURES- 2

GARVEY SCHUBERT BARER, P.C.
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939