UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
AT SEATTLE

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

May 30, 2019

**TINYBUILD LLC V. NIVAL INTERNATIONAL LIMITED**
Case # 2:19−cv−00805−TSZ

The court has received your case documents and has identified the deficiencies listed below.
**Please note:** Any underlined points of reference indicated below will contain a link to the source materials.

**Jury Demand Improperly Indicated:**
Pursuant to LCR 38(b) and in accordance with FRCP 7, the words JURY DEMAND shall be typed in capital letters on the first page immediately below the name of the pleading, to the right of the name of the case. The Clerk has removed the plaintiff's Jury Demand flag entered by the filer. In order to properly advise the court of this request, counsel must file a separate Jury Demand using the event "Jury Demand " found under the "Other Documents" category.

*Please call the Attorney Case Opening Helpdesk at 206−370−8787 if you have any additional questions.*

Thank you.

cc: file