JOHN CROSETTO, WSBA # 36667
Garvey Schubert Barer, P.C.
Eighteenth Floor
1191 Second Avenue
Seattle, Washington 98101-2939
Ph: 206 464 3939

*Attorneys for Plaintiff*

Judge Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TINYBUILD LLC, a Washington limited liability company,

        Plaintiff,

  v.

NIVAL INTERNATIONAL LIMITED, a Cypriot corporation,

        Defendant.

NO. 2:19-cv-00805

**JURY DEMAND**

Plaintiff tinyBuild LLC hereby demands that the above-entitled action be tried to a jury.

DATED this 3rd day of June, 2019.

GARVEY SCHUBERT BARER, P.C.

By */s/ John Crosetto*
   John Crosetto, WSBA #36667
   Attorneys for Plaintiff tinyBuild LLC

JURY DEMAND - 1

GSB:10318581.1

LAW OFFICES
**GARVEY, SCHUBERT & BARER, P.C.**
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
EIGHTEENTH FLOOR
1191 SECOND AVENUE
SEATTLE, WASHINGTON 98101-2939
(206) 464-3939