THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TINYBUILD LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NIVAL INTERNATIONAL LIMITED, a Cypriot corporation,<br><br>Defendant. | Case No. 2:19-cv-00805-TSZ<br><br>NOTICE OF ASSOCIATION OF COUNSEL |

TO: THE CLERK OF COURT;

AND TO: NIVAL INTERNATIONAL LIMITED, Defendant;

AND TO: Philip P. Mann, Mann Law Group PLLC and Valentin Gurvits, Boston Law Group, PC, Attorneys for Defendant.

YOU AND EACH OF YOU will please take notice that that Diana S. Breaux of Garvey Schubert Barer, 1191 Second Avenue, Suite 1800, Seattle, Washington 98101, hereby associates with John Crosetto as attorneys of record for Plaintiff tinyBuild LLC. All further papers and proceedings herein, except original process, shall be served upon said attorneys at their below-stated address. This association of attorneys will be effective immediately.

NOTICE OF ASSOCIATION OF COUNSEL - 1

1  DATED this 11th day of July, 2019.

2                                              GARVEY SCHUBERT BARER, P.C.

4                                              By *s/Diana S. Breaux*
                                                  Diana S. Breaux, WSBA #43303
5                                                 Garvey Schubert Barer, P.C.
                                                  1191 Second Avenue, Suite 1800
6                                                 Seattle, WA 98101
                                                  (206) 464-3939
7                                                 dbreaux@gsblaw.com

NOTICE OF ASSOCIATION OF COUNSEL - 2

GARVEY SCHUBERT BARER, P.C.
*eighteenth floor*
*1191 second avenue*
*seattle, washington 98101-2939*
*206 464 3939*


**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties who have appeared in this matter.

*s/Kelly M. Mueller*
Kelly M. Mueller, Legal Assistant
Garvey Schubert Barer, P.C.
1191 Second Avenue, Suite 1800
Seattle, WA  98101-2939
(206) 464-3939
kmueller@gsblaw.com

NOTICE OF ASSOCIATION OF COUNSEL - 3

GARVEY SCHUBERT BARER, P.C.
eighteenth floor
1191 second avenue
seattle, washington  98101-2939
206 464 3939