THE HONORABLE THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON (SEATTLE)

| | |
|---|---|
| tinyBuild LLC, | Case No.: 19-cv-00805-TSZ |
| Plaintiff, | |
| vs. | **NIVAL INTERNATIONAL LIMITED'S CORPORATE DISCLOSURE STATEMENT** |
| Nival International Limited, | |
| Defendant. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and LCR 7.1, Defendant, Nival International Limited hereby certifies that it has a parent company, NN Holding Limited, a limited company registered in the British Virgin Islands. NN Holding Limited owns 100% of Nival International Limited's stock, and NN Holding Limited is a private company.

Respectfully submitted,
Nival International Limited
By its Attorneys,

/s/ Valentin Gurvits
Valentin Gurvits, Esq. (*pro hac vice*)
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel: 617-928-1804
Email: vgurvits@bostonlawgroup.com

Matthew Shayefar, Esq. (*pro hac vice*)
Boston Law Group, PC
925 N La Brea Ave
West Hollywood, California 90038
Tel: 617-928-1806
Email: matt@bostonlawgroup.com

Philip P. Mann, Esq. (WSBA No. 28860)
Mann Law Group PLLC
107 Spring Street
Seattle, Washington 98104
Tel: 206-463-0900
Email: phil@mannlawgroup.com

Dated:        July 16, 2019

**Certificate of Service**

I hereby certify that on the date indicated below I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have registered for CM/ECF to receive notice of the same in this matter.

Dated: July 16, 2019         /s/ Matthew Shayefar