THE HONORABLE THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| tinyBuild LLC,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>Nival International Limited<br><br>    Defendant/Counterclaim Plaintiff. | Case No.: 19-cv-00805-TSZ<br><br>**DEFENDANT'S MOTION FOR PROTECTIVE ORDER**<br><br>**Noted for Consideration:**<br>**October 11, 2019** |

Defendant/Counterclaim Plaintiff Nival International Limited ("Nival), by and through its undersigned counsel, hereby move this honorable court for the entry of a protective order in the form attached hereto as <u>Exhibit A</u> to protect the confidential, sensitive, proprietary and/or trade secret information and documents of Nival as disclosed in the course of this litigation.

A protective order is necessary to protect Nival because Plaintiff/Counterclaim Defendant tinyBuild LLC ("tinyBuild") has, in the course of discovery, requested from Nival its confidential, sensitive, proprietary and/or trade secret information and documents. Nival's concern as to disclosing this

information and documents is propounded because tinyBuild and Nival are competitors of one another as both are game developers (though they have also worked together in the past).  tinyBuild has propounded interrogatories and document requests that, though inappropriate for other reasons, if required to be responded to would result in the disclosure of Nival's personnel lists (including contact information for its employees), source code, internal business practices, non-public financial information, customer lists, internal business information, and development methods.

Though much of the requested information is wholly irrelevant to the dispute between the parties, it is apparent that tinyBuild has requested this information so as to gain access to Nival's internal and proprietary and confidential information so that it can improperly compete with Nival and solicit Nival's personnel.

To the extent any of this information or documents are to be produced by Nival, Nival requests that this court enter bi-lateral and two-leveled protective order that permits documents to be marked Confidential or Attorneys' Eyes Only.

On September 9, 2019, Attorney Valentin Gurvits for Nival and Diana Breaux for tinyBuild met and conferred telephonically as to stipulating to a protective order to be entered into the case, but could not reach an agreement.

On September 24, 2019, Nival sent tinyBuild a proposed protective order in the form attached hereto as <u>Exhibit B</u>, which shows the substantive modifications to the model protective order made available by this court (consisting of identifying the documents and information that may be considered Confidential and allowing for documents to be marked Attorneys' Eyes Only).

tinyBuild's counsel did not agree to the proposed protective order, and instead provided an alternative, which is attached hereto as <u>Exhibit C</u>, which is marked against Exhibit B.  The main areas of dispute between the parties are the

categories of documents and information that may be marked confidential and whether any documents or information may be marked as Attorneys' Eyes Only.

tinyBuild's proposed protective order fails to take into consideration the fact that tinyBuild and Nival are competitors and that the information that tinyBuild seeks to obtain from Nival could be used by tinyBuild to solicit Nival's employees, learn Nival's internal business processes, learn Nival's other customers and associates which it could use to solicit them and interfere with them, and learn Nival's internal finances and staffing policies.  tinyBuild's proposal seeks to prohibit protection to much of these categories, and permits tinyBuild access to all of them.  These disclosures would result in significant damage to Nival and its business.

Accordingly, Nival respectfully requests that this honorable Court enter a protective order in the form attached hereto as <u>Exhibit A</u>.

Respectfully submitted,
Nival International Limited,
By its Attorneys,

/s/ Valentin Gurvits
Valentin Gurvits, Esq. (*pro hac vice*)
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel: 617-928-1804
Email: vgurvits@bostonlawgroup.com

Matthew Shayefar, Esq. (*pro hac vice*)
Boston Law Group, PC
925 N La Brea Ave
West Hollywood, California 90038
Tel: 617-928-1806
Email: matt@bostonlawgroup.com

Philip P. Mann, Esq. (WSBA No. 28860)
Mann Law Group PLLC
107 Spring Street
Seattle, Washington 98104
Tel: 206-463-0900
Email: phil@mannlawgroup.com

Dated: September 27, 2019

## Certificate of Service

I hereby certify on the date indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties who have appeared in this matter.

Dated:       September 27, 2019            /s/ Philip P. Mann