THE HONORABLE THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TINYBUILD LLC, a Washington limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>NIVAL INTERNATIONAL LIMITED, a Cypriot corporation,<br><br>    Defendant. | NO. 2:19-cv-00805-TSZ<br><br>**[PROPOSED] ORDER ON DEFENDANT'S MOTION TO STRIKE AND PLAINTIFF'S CROSS MOTION TO EXTEND DEADLINE** |

THIS MATTER having come on before this Court on Defendant's Motion to Strike tinyBuild's Opposition to Protective Order and Plaintiff's Cross Motion to Extend Deadline, the parties appearing by and through counsel, the Court having reviewed the pleadings and files in this matter, specifically including the following:

1. Defendant's Motion to Strike tinyBuild's Opposition to Protective Order;

2. Plaintiff's Opposition to Strike and Cross Motion to Extend Deadline and Opposition to Defendant's Motion to Strike;

3. Defendant's further submissions, if any, in support of Defendant's Motion to Strike or in opposition to Plaintiff's Cross Motion

[PROPOSED] ORDER ON DEFENDANT'S MOTION TO STRIKE AND PLAINTIFF'S CROSS MOTION TO EXTEND DEADLINE - 1

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

FG:10581229.1

1   IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

2   Plaintiff's Cross Motion to Extend Deadline is granted; Plaintiff's Opposition to

3   Defendant's Motion for Protective Order is deemed timely filed; and Defendant's Motion to

4   Strike tinyBuild's Opposition to Protective Order is denied.

5   DATED this _____ day of October, 2019.

6

7                                                                          _____
                                                                           HON. THOMAS S. ZILLY
8                                                                          U.S. DISTRICT COURT JUDGE

9

10  Presented by:

11  FOSTER GARVEY PC

12  By *s/Diana S. Breaux*
        Diana S. Breaux, WSBA #46112
13      Foster Garvey
        1191 Second Avenue, Suite 1800
14      Seattle, WA  98101
        (206) 816-1416
15      diana.breaux@foster.com
        *Attorneys for Plaintiff tinyBuild LLC*
16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER ON DEFENDANT'S MOTION TO
STRIKE AND PLAINTIFF'S CROSS MOTION TO EXTEND
DEADLINE - 2

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

FG:10581229.1