THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TINYBUILD LLC, a Washington limited liability company,<br><br>  Plaintiff,<br><br>v.<br><br>NIVAL INTERNATIONAL LIMITED, a Cypriot corporation,<br><br>  Defendant. | NO. 2:19-cv-00805-TSZ<br><br>**DECLARATION OF DIANA S. BREAUX IN SUPPORT OF TINYBUILD'S OPPOSITION TO DEFENDANT'S MOTION TO STRIKE AND CROSS MOTION TO EXTEND DEADLINE** |

I, DIANA S. BREAUX, declare as follows:

1. I am an attorney representing Plaintiff tinyBuild LLC ("tinyBuild") in this matter. I have personal knowledge of the facts contained in this declaration and I am competent to testify to them. I submit this declaration in opposition to Nival's Motion to Strike and in support of tinyBuild's Cross Motion to Extend.

2. Defendant Nival International Limited ("Nival") filed a Motion for Protective Order on September 27, 2019. Dkt. 21. Nival noted its motion for consideration on Friday, October 11, 2019.

3. Due to inadvertent error, our office miscalculated the deadline to respond to Nival's motion as Thursday, October 10, 2019. In fact, the deadline was Wednesday, October

DECLARATION OF DIANA S. BREAUX IN SUPPORT OF
TINYBUILD'S OPPOSITION TO DEFENDANT'S MOTION TO
STRIKE AND CROSS MOTION TO EXTEND DEADLINE - 1

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

1    9.  This calculation error was inadvertent.

2    4.    tinyBuild does not object to this Court considering Nival's Motion to Strike filed on Tuesday, October 15, 2019, as reply material in support of Nival's Motion for Protective Order.  Further, tinyBuild does not oppose Nival filing additional reply material, in the event there is anything more to present to the court on its motion.

I declare under penalty of perjury of the laws of the State of Washington that the foregoing is true and correct.

DATED this 15th day of October, 2019.

*s/Diana S. Breaux*
Diana S. Breaux, WSBA #46112

DECLARATION OF DIANA S. BREAUX IN SUPPORT OF
TINYBUILD'S OPPOSITION TO DEFENDANT'S MOTION TO
STRIKE AND CROSS MOTION TO EXTEND DEADLINE - 2

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties who have appeared in this matter.

*s/Bonnie Rakes*
Bonnie Rakes, Legal Assistant
Foster Garvey
1191 Second Avenue, Suite 1800
Seattle, WA  98101
(206) 816-1369
bonnie.rakes@foster.com

DECLARATION OF DIANA S. BREAUX IN SUPPORT OF TINYBUILD'S OPPOSITION TO DEFENDANT'S MOTION TO STRIKE AND CROSS MOTION TO EXTEND DEADLINE - 3

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700