UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TINYBUILD LLC,

        Plaintiff,

v.

NIVAL INTERNATIONAL LIMITED,

        Defendant.

C19-805 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant Nival International Limited's motion for protective order, docket no. 21, is GRANTED in part and DENIED in part, as follows. The Court will enter a protective order in the district's model form, but will add a provision that allows the parties to designate materials as "attorney's eyes only." The Court will not, however, define in the abstract, in the absence of consensus among the parties, the categories of documents that may be marked "confidential" or "attorney's eyes only." As reflected in the district's model order, if a party wishes to challenge a "confidential" or "attorney's eyes only" designation, it may do so via a good faith effort to meet and confer and, if necessary, by filing and serving an appropriate motion. Counsel shall work cooperatively to minimize the volume of materials designated as "confidential" and/or "attorney's eyes only."

(2) Defendant's motion to strike, docket no. 25, plaintiff's response is DENIED. Plaintiff's cross-motion, docket no. 26, for an extension is GRANTED, and plaintiff's response, docket no. 22, which was filed one day after the deadline, has been considered, along with defendant's substantive reply, docket no. 25. Counsel are encouraged, in the future, to accord more professional courtesy to each other and to jointly seek extensions or similar proactive relief rather than filing motions to strike or seeking other punitive remedies.

MINUTE ORDER - 1

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day November, 2019.

                                              William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk

MINUTE ORDER - 2