1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
DISTRICT OF WASHINGTON

TINYBUILD LLC,

        Plaintiff,

       v.

NIVAL INTERNATIONAL LIMITED,

        Defendant.

NO. 19-cv-00805-TSZ

**NOTICE OF CHANGE OF LAW FIRM**

**TO THE CLERK OF THE COURT:**

PLEASE TAKE NOTICE that Diana S. Breaux, counsel for the Plaintiff in the above-captioned matter, is no longer affiliated with Foster Garvey PC. Ms. Breaux is now a Principal with Summit Law Group, PLLC, located at 315 5th Avenue, Suite #1000, Seattle, WA 98104, tel. (206) 676-7000, fax (206) 676-7001.

//

//

//

//

NOTICE OF CHANGE OF LAW FIRM - 1

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

1     DATED this 11th Day of February, 2020.

2                                  FOSTER GARVEY PC

3                        By *s/ Diana S. Breaux*

4                        Diana S. Breaux, WSBA #46112
                            315 Fifth Avenue

5                        Suite 1000
                            Seattle, WA 98104

6                        Phone: (206) 676-7000
                            Fax: (206) 676-7001

7                        Email: dianab@summitlaw.com

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON  98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

1

**CERTIFICATE OF SERVICE**

2        I hereby certify on February 11, 2020, a copy of the foregoing document was served

3    upon all counsel of record via CM/ECF.

4                                                        *s/Matthew Garcia*
                                                         Matthew Garcia

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF CHANGE OF LAW FIRM - 3

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400 FAX (206) 447-9700