The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TINYBUILD LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NIVAL INTERNATIONAL LIMITED, a Cypriot corporation, and SERGEY ORLOVSKIY,<br><br>Defendant. | CASE NO. 2:19-cv-00805 TSZ<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT |

THIS MATTER came before the Court on Plaintiff tinyBuild's Motion to Amend the Complaint. The Court, having reviewed Plaintiff's Motion, files and records contained herein, hereby ORDERS as follows: Plaintiff is granted leave to file its Amended Complaint.

IT IS SO ORDERED this _____ day of _____, 2020.

_____
THE HONORABLE THOMAS S. ZILLY
United States District Court Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
TO AMEND COMPLAINT - 1
CASE NO. 19-cv-00805 TSZ

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Presented By:

SUMMIT LAW GROUP, PLLC
Attorneys for Plaintiff

By *s/ Diana xx Breaux*
Diana S. Breaux, WSBA #46112
*dianab@summitlaw.com*

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
TO AMEND COMPLAINT - 2
CASE NO. 19-cv-00805 TSZ

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001