The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TINYBUILD LLC, a Washington limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>NIVAL INTERNATIONAL LIMITED, a Cypriot corporation, and SERGEY ORLOVSKIY,<br><br>    Defendant. | NO. 19-CV-00805-TSZ<br><br>**DECLARATION OF DIANA SIRI BREAUX IN SUPPORT OF TINYBUILD LLC'S MOTION TO AMEND COMPLAINT** |

I, Diana Siri Breaux, declare:

1. I am counsel of record for the Plaintiff, tinyBuild, LLC, in the above-referenced matter, am over 18 years of age, competent to testify, and make this statement upon personal knowledge.

2. Attached as Exhibit 1 is an English translation of a document NIVAL produced in discovery with the designation NIVAL001557. This document was produced by NIVAL on January 22, 2020. The document was produced in Russian. tinyBuild subsequently had the document translated into English by a professional translator.

3. Attached as Exhibit 2 is an English translation of a document NIVAL produced in discovery with the designation NIVAL001569. This document was produced by NIVAL on

DECLARATION OF DIANA SIRI BREAUX IN SUPPORT OF TINYBUILD LLC'S MOTION TO AMEND COMPLAINT - 1
CASE NO. 19-CV-00805-TSZ

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

January 22, 2020. The document was produced in Russian. tinyBuild subsequently had the document translated into English by a professional translator

4. Attached as Exhibit 3 is an English translation of a document NIVAL produced in discovery with the designation NIVAL001560. This document was produced by NIVAL on January 22, 2020. The document was produced in Russian. tinyBuild subsequently had the document translated into English by a professional translator

DATED this 2nd day of March, 2020.

By_____
Diana Siri Breaux, WSBA #46112

4814-2211-7302, v. 1

DECLARATION OF DIANA SIRI BREAUX IN SUPPORT
OF TINYBUILD LLC'S MOTION TO AMEND
COMPLAINT - 2
CASE NO. 19-CV-00805-TSZ

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

# EXHIBIT 1

# FILED UNDER SEAL

# EXHIBIT 2

# FILED UNDER SEAL

# EXHIBIT 3

# FILED UNDER SEAL