THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TINYBUILD LLC, a Washington limited liability company,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NIVAL INTERNATIONAL LIMITED, a Cypriot corporation, and SERGEY ORLOVSKIY,<br><br>　　　　　Defendants. | NO.  2:19-cv-00805-TSZ<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S MOTION TO SEAL** |

THIS MATTER having come before this Court on Plaintiff's Motion to Seal, the parties appearing by and through counsel, the Court having reviewed the pleadings and files in this matter, specifically including Plaintiff's Motion to Seal and any opposition thereto;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

Plaintiff's Motion to Seal is granted.

DATED this _____ day of March, 2020.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HON. THOMAS S. ZILLY
　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE

[PROPOSED] ORDER ON PLAINTIFF'S
MOTION TO SEAL - 1
CASE NO. NO.  2:19-CV-00805-TSZ

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax: 206) 676-7001

FG:10581229.1

1  Presented by:

2  SUMMIT LAW GROUP, PLLC

3  By *s/Diana S. Breaux*
   Diana S. Breaux, WSBA #46112

4

5  *Attorneys for Plaintiff tinyBuild LLC*

   4847-6288-0950, v. 3

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER ON PLAINTIFF'S
MOTION TO SEAL - 2
CASE NO. NO.  2:19-CV-00805-TSZ

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax: 206) 676-7001

FG:10581229.1