The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TINYBUILD LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NIVAL INTERNATIONAL LIMITED, a Cypriot corporation, and SERGEY ORLOVSKIY,<br><br>Defendant. | CASE NO. 2:19-cv-00805 TSZ<br><br>PRAECIPE TO MOTION TO AMEND COMPLAINT AND DECLARATION OF DIANA SIRI BREAUX<br><br>[CLERK'S ACTION REQUIRED] |

On March 2, 2020, Plaintiff filed a Motion to Amend Complaint (Dkt. 31), which included as an attachment the proposed First Amended Complaint with redaction of information designated "CONFIDENTIAL" by Defendant.  Plaintiff also filed the Declaration of Diana Siri Breaux (Dkt. 32) ("Breaux Declaration") in support of that motion.  The filed Breaux Declaration did not include the referenced exhibits (Exhibits 1, 2, 3), for the same reason.  Plaintiff contemporaneously filed a Motion to Seal, which requested that the Proposed First Amended Complaint and the Exhibits to the Breaux Declaration be filed under seal.  Counsel for Defendants has since notified Plaintiff's counsel that it no longer objects to the Amended Complaint or the Exhibits to the Breaux Declaration being publicly filed in their entirety.

PRAECIPE TO MOTION TO AMEND COMPLAINT AND
DECLARATION OF DIANA SIRI BREAUX - 1
CASE NO. 19-cv-00805 TSZ

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

Please replace the previously filed Motion to Amend Complaint and Declaration of Diana Breaux with the attached unredacted versions.

DATED this 5th day of March, 2020.

Respectfully submitted,

SUMMIT LAW GROUP, PLLC
Attorneys for Plaintiff

By *s/ Diana xx Breaux*
Diana S. Breaux, WSBA #46112
dianab@summitlaw.com

4834-1882-0022, v. 2

PRAECIPE TO MOTION TO AMEND COMPLAINT AND
DECLARATION OF DIANA SIRI BREAUX - 2
CASE NO. 19-cv-00805 TSZ

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001