UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TINYBUILD LLC,

        Plaintiff,

v.

NIVAL INTERNATIONAL LIMITED,

        Defendant.

C19-805 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's unopposed motion for leave to amend, docket no. 31, *see also* Praecipe, docket no. 34, is GRANTED. Plaintiff shall electronically file its amended complaint within seven (7) days of the date of this Minute Order. Any responsive motion or pleading shall be filed by (a) defendant Nival International Limited within fourteen (14) days after the amended complaint is filed, and (b) new defendant Sergey Orlovskiy within the period set forth in Federal Rule of Civil Procedure 12(a)(1)(A).

(2) Plaintiff's motion to seal, docket no. 33, is STRICKEN as moot. *See* Praecipe (docket no. 34).

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of March, 2020.

                William M. McCool
                Clerk

                s/Karen Dews
                Deputy Clerk

MINUTE ORDER - 1