The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TINYBUILD LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NIVAL INTERNATIONAL LIMITED, a Cypriot corporation,<br><br>Defendant. | CASE NO. 2:19-cv-00805 TSZ<br><br>**NOTICE OF APPEARANCE**<br><br>[Clerk's Action Requested] |

TO: CLERK OF THE COURT;

AND TO: ALL PARTIES OF RECORD AND THEIR RESPECTIVE ATTORNEYS

PLEASE TAKE NOTICE that Hathaway Burden appears and joins Diana Breaux as attorney of record for Plaintiff TINYBUILD, LLC.  Accordingly, all further papers and proceedings in said cause, exclusive of original process, be served upon said Defendant by serving its attorney at the address below stated.

This Notice of Appearance will be effective immediately.

///

///

NOTICE OF APPEARANCE - 1
Case No. 19-cv-00805 TSZ

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001

1     DATED this 3rd day of April, 2020.

                                             SUMMIT LAW GROUP PLLC

                                             By  *s/Hathaway Burden*
                                                   Hathaway Burden, WSBA 52970
                                                   SUMMIT LAW GROUP PLLC
                                                   315 Fifth Avenue S, Suite 1000
                                                   Seattle, WA 98104
                                                   (206) 676-7000
                                                   HathawayB@summitlaw.com
                                                   *Attorneys for Plaintiff*

NOTICE OF APPEARANCE - 2
Case No. 19-cv-00805 TSZ

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew Shayefar
Valentin David Gurvits
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton, MA 02459
617-928-1806
matt@bostonlawgroup.com,
vgurvits@bostonlawgroup.com

Philip P Mann
MANN LAW GROUP PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
phil@mannlawgroup.com

*Attorneys for Defendant*

DATED this 3rd day of April, 2020.

           *s/Dominique Barrientes*
           Dominique Barrientes, Legal Assistant
           SUMMIT LAW GROUP
           315 Fifth Avenue S, Suite 1000
           Seattle, WA 98104
           (206) 676-7010
           DominiqueB@summitlaw.com

NOTICE OF APPEARANCE - 3
Case No. 19-cv-00805 TSZ

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001