THE HONORABLE THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| tinyBuild LLC,<br><br>  Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>Nival International Limited,<br><br>  Defendant/Counterclaim Plaintiff<br><br>and<br><br>Sergey Orlovskiy,<br><br>  Defendant. | Case No.: 19-cv-00805-TSZ<br><br>**[PROPOSED] ORDER ON NIVAL INTERNATIONAL LIMITED'S MOTION TO DISMISS** |

After full consideration of Defendant Nival International Limited's Motion to Dismiss, and for the reasons set forth in said Motion, this Court finds as follows:

ORDERED:

1. The Fourth Cause of Action and the Fifth Cause of Action set forth in the First Amended Complaint are hereby dismissed in their entirety;

2. Defendant Nival International Limited shall respond to the remainder of the First Amended Complaint within fourteen (14) days of this Order.

Order on Motion to Dismiss
Case No. 19-cv-00805-TSZ

Boston Law Group, PC
825 Beacon Street, Suite 20,
Newton MA 02459
617-928-1800

1

1  IT IS SO ORDERED.

2

3  Dated: _____      _____

4                                                                THE HONORABLE THOMAS S. ZILLY
                                                                 DISTRICT COURT JUDGE
5

6

7

8  Presented by:

9

10 /Philip P. Mann_____  __

11 Philip P. Mann, WSBA # 28860
   Mann Law Group PLLC
12 1420 Fifth Avenue, Suite 2200.
   Seattle, WA 98101
13 (206) 436-0900
14 phil@mannlawgroup.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28