The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TINYBUILD LLC, a Washington limited liability company,<br><br>            Plaintiff,<br><br>    v.<br><br>NIVAL INTERNATIONAL LIMITED, a Cypriot corporation, and SERGEY ORLOVSKIY,<br><br>            Defendants. | CASE NO. 2:19-cv-00805 TSZ<br><br>PRAECIPE<br><br>[CLERK'S ACTION REQUIRED] |

Defendant tinyBuild filed its First Amended Complaint (Dkt 36) on March 20, 2020, which adds Sergey Orlovskiy as a defendant. Plaintiff requests the Clerk of the Court to issue the attached Summons in order that Mr. Orlovskiy can be served as a party to this lawsuit.

DATED this 14th day of April, 2020.

SUMMIT LAW GROUP, PLLC
Attorneys for Plaintiff

By *s/ Diana Siri Breaux*
Diana Siri Breaux, WSBA #46112
*dianab@summitlaw.com*

4826-1005-8169, v. 1

PRACIPE - 1
CASE NO. 19-cv-00805 TSZ

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001