The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TINYBUILD LLC, a Washington limited
liability company,

      Plaintiff/Counterclaim Defendant,

      v.

NIVAL INTERNATIONAL LIMITED, a
Cypriot corporation,

      Defendant/Counterclaim Plaintiff,

and

SERGEY ORLOVSKIY,

      Defendant.

CASE NO. 2:19-cv-00805 TSZ

**ORDER DENYING NIVAL
INTERNATIONAL'S MOTION TO
DISMISS FIRST AMENDED
COMPLAINT**

THIS MATTER having come on before this Court on Defendant Nival International

Limited's ("Nival") Motion to Dismiss, the parties appearing by and through counsel, the Court

having reviewed the pleadings and files in this matter, specifically including the following:

    1.    Defendant Nival's Motion to Dismiss First Amended Complaint;

    2.    Plaintiff's Opposition to Defendant Nival's Motion to Dismiss;

    3.    Defendant Nival's Reply, if any;

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

    Defendant Nival International Limited's Motion to Dismiss First Amended Complaint is

ORDER DENYING NIVAL INTERNATIONAL'S MOTION
TO DISMISS FIRST AMENDED COMPLAINT - 1
CASE NO. 19-cv-00805 TSZ

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  denied.

2

3      DATED this _____ day of _____, 2020.

4

5                                              _____
                                               HON. THOMAS S. ZILLY
6                                              U.S. DISTRICT COURT JUDGE

7

8  Presented by:

9  SUMMIT LAW GROUP, PLLC

10  By *s/Diana S. Breaux*_____
       Diana S. Breaux, WSBA #46112

11
    *Attorneys for Plaintiff tinyBuild LLC*
12

13

14

15
    4825-6288-4539, v. 1
16

17

18

19

20

21

22

23

24

25

26

ORDER DENYING NIVAL INTERNATIONAL'S MOTION
TO DISMISS FIRST AMENDED COMPLAINT - 2
CASE NO. 19-cv-00805 TSZ

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001