The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TINYBUILD LLC, a Washington limited liability company, <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> NIVAL INTERNATIONAL LIMITED, a Cypriot corporation, <br><br> Defendant/Counterclaim Plaintiff, <br> and <br><br> SERGEY ORLOVSKIY, <br><br> Defendant. | CASE NO. 2:19-cv-00805 TSZ <br><br> TINYBUILD'S REQUEST FOR CLERK'S SERVICE ON FOREIGN INDIVIDUAL <br><br> Clerk's Action Requested |

On March 20, 2020, Plaintiff tinyBuild filed a First Amended Complaint adding Sergey Orlovskiy as a defendant. Dkt. 36. On information and belief, Orlovskiy is a foreign individual residing in Cyprus and service of process cannot be made within the United States. Declaration of Diana Siri Breaux ¶2. This Court has personal jurisdiction over Orlovskiy pursuant to RCW 4.28.185.

TINYBUILD'S REQUEST FOR CLERK'S SERVICE ON FOREIGN INDIVIDUAL - 1
CASE NO. 19-cv-00805 TSZ

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Plaintiff tinyBuild requests that the Clerk of this Court serve Orlovskiy with a copy of the Summons and First Amended Complaint pursuant to Federal Rule of Civil Procedure 4(f)(2)(C)(ii). The rule provides:

> (f) SERVING AN INDIVIDUAL IN A FOREIGN COUNTRY. Unless federal law provides otherwise, an individual – other than a minor, an incompetent person, or a person whose waiver has been filed – may be served at a place not within any judicial district of the United States:
>
>> (1) by any internationally agreed means of service that is reasonably calculated to give notice, such as those authorized by the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents;
>>
>> (2) if there is no internationally agreed means, or if an international agreement allows but does not specify other means, by a method that is reasonably calculated to give notice:
>
> . . .
>
>> (C) unless prohibited by the foreign country's law, by:
>
> . . .
>
>> (ii) using any form of mail that the clerk addresses and sends to the individual and that requires a signed receipt;
>
> . . . .

Fed. R. Civ. Proc. 4(f)(2)(C)(ii).

The Court may take judicial notice that Cyprus is a party to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters of November 15, 1965 (the "Hague Convention"). The Hague Convention permits judicial documents to be sent via mail. Hague Convention, Article 10(a). Further, according to the Hague Conference on Private International Law, of which both Cyprus and the United States are members, Cyprus has not objected to service by mail.

TINYBUILD'S REQUEST FOR CLERK'S SERVICE ON
FOREIGN INDIVIDUAL - 2
CASE NO. 19-cv-00805 TSZ

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Accordingly, tinyBuild requests the Court direct the Clerk to serve Defendant Orlovskiy by international registered mail, which requires a return receipt, pursuant to Federal Rule of Civil Procedure 4(f)(2)(C)(ii). The known address in Cyprus for service on Orlovskiy follows:

> Sergey Orlovskiy
> Digeni Akrita 1
> "Blue Ocean" Building
> Apartment 602
> Limassol, Cyprus  3035

DATED this 4th day of May 2020.

>> Respectfully submitted,
>>
>> SUMMIT LAW GROUP, PLLC
>> Attorneys for Plaintiff
>>
>> By *s/ Diana Siri Breaux*
>> Diana Siri Breaux, WSBA #46112
>> dianab@summitlaw.com
>>
>> Hathaway Burden, WSBA #52970
>> hathawayb@summitlaw.com

4816-2678-7003, v. 1

TINYBUILD'S REQUEST FOR CLERK'S SERVICE ON
FOREIGN INDIVIDUAL - 3
CASE NO. 19-cv-00805 TSZ

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001