The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TINYBUILD LLC, a Washington limited liability company, | CASE NO. 2:19-cv-00805 TSZ |
| Plaintiff/Counterclaim Defendant, | AFFIDAVIT OF DIANA SIRI BREAUX IN SUPPORT OF TINYBUILD'S REQUEST FOR CLERK'S SERVICE ON FOREIGN INDIVIDUAL |
| v. | |
| NIVAL INTERNATIONAL LIMITED, a Cypriot corporation, | |
| Defendant/Counterclaim Plaintiff, | |
| and | |
| SERGEY ORLOVSKIY, | |
| Defendant. | |

I, DIANA SIRI BREAUX, declare as follows:

1. I am an attorney representing Plaintiff tinyBuild LLC in this matter. I have personal knowledge of the facts contained in this Affidavit and I am competent to testify to them.

2. I submit this Affidavit pursuant to RCW 4.28.185(4) because service of process on Defendant Sergey Orlovskiy cannot be made within the United States. Upon information and belief, Defendant Orlovskiy is a foreign individual residing in Cyprus.

AFFIDAVIT OF DIANA SIRI BREAUX IN SUPPORT OF TINYBUILD'S REQUEST FOR CLERK'S SERVICE ON FOREIGN INDIVIDUAL - 1
CASE NO. 19-cv-00805 TSZ

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  I declare under penalty of perjury of the laws of the State of Washington that the foregoing is true
2  and correct.

3      Signed this 4th day of May 2020, in Seattle, Washington.

*Diana Siri Breaux, WSBA #46112*
*dianab@summitlaw.com*

STATE OF WASHINGTON  )
                                     )   ss.
COUNTY OF KING           )

    On this 4th day of May 2020 before me, a Notary Public in and for the State of Washington, personally appeared Diana Siri Breaux, to me known (or proved to me on the basis of satisfactory evidence) to be the individual described in and who executed the within and foregoing instrument, and acknowledged that she signed the same as her free and voluntary act and deed for the uses and purposes therein mentioned.

SUBSCRIBED AND SWORN to before me on this 4th day of May 2020.

**John Appel**
**Notary Public**
**State of Washington**
**Commission Expires 03/08/2023**
**Lic. No. 25934**

NOTARY PUBLIC in and for the State of
Washington, residing at Seattle
My appointment expires 03/08/2023
Print name: John Appel

AFFIDAVIT OF DIANA SIRI BREAUX IN SUPPORT OF
TINYBUILD'S REQUEST FOR CLERK'S SERVICE ON
FOREIGN INDIVIDUAL - 2
CASE NO. 19-cv-00805 TSZ

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001