The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TINYBUILD LLC, a Washington limited liability company,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>NIVAL INTERNATIONAL LIMITED, a Cypriot corporation,<br><br>    Defendant/Counterclaim Plaintiff,<br><br>and<br><br>SERGEY ORLOVSKIY,<br><br>    Defendant. | NO. 19-CV-00805-TSZ<br><br>[PROPOSED] ORDER GRANTING TINYBUILD'S REQUEST FOR CLERK'S SERVICE ON FOREIGN INDIVIDUAL<br><br>Clerk's Action Required |

THIS MATTER comes before the Court on Plaintiff tinyBuild's request that the Clerk of this Court serve Defendant Sergey Orlovskiy with a copy of the Summons and First Amended Complaint. Having considered tinyBuild's Request and the Affidavit of Diana Siri Breaux on file in this matter, the Court hereby ORDERS:

    1.    The Clerk is directed to serve Defendant Orlovskiy by international registered mail, which requires a return receipt;

    2.    The Clerk shall forward a copy of this Order to all counsel of record.

PROPOSED ORDER GRANTING TINYBUILD'S
REQUEST FOR CLERK'S SERVICE ON FOREIGN
INDIVIDUAL  - 1
CASE NO. 19-cv-00805 TSZ

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

1     DATED this __ day of May, 2020.

 

                                              _____
The Honorable Thomas S. Zilly
United States District Court Judge

Presented by:

SUMMIT LAW GROUP, PLLC

By *s/ Diana Siri Breaux*
Diana Siri Breaux, WSBA #46112
Hathaway Burden, WSBA #52970
315 Fifth Avenue S, Suite 1000
Seattle, WA 98104
dianab@summitlaw.com
hathawayb@summitlaw.com

*Attorneys for Plaintiff tinyBuild, LLC*

4824-3991-0075, v. 1

---

PROPOSED ORDER GRANTING TINYBUILD'S REQUEST FOR CLERK'S SERVICE ON FOREIGN INDIVIDUAL - 2
CASE NO. 19-cv-00805 TSZ

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001