The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TINYBUILD LLC, a Washington limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>NIVAL INTERNATIONAL LIMITED, a Cypriot corporation, and SERGEY ORLOVSKIY,<br><br>    Defendants. | Case No.: 2:19-cv-00805<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO:             THE CLERK OF THE ABOVE COURT;

AND TO:      ALL COUNSEL OF RECORD:

John B. Crosetto, attorney for Plaintiff TinyBuild LLC in this action, hereby gives notice that effective immediately, his contact information has changed as follows:

John B. Crosetto, WSBA #36667
Buchalter
A Professional Corporation
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Phone:  (206) 319-7052
Email:  jcrosetto@buchalter.com

///

NOTICE OF CHANGE OF ADDRESS - 1
CASE NO.: 2:19-CV-00805

BUCHALTER
A Professional Corporation
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
PHONE: 206-319-7052

BN 40589926v1

| | | |
|---|---|---|
| 1 | Dated: May 20, 2020 | BUCHALTER |
| 2 | | |
| 3 | | By: *s/John B. Crosetto* |
| 4 | | John B. Crosetto, WSBA 36667<br>1420 Fifth Avenue, Suite 3100 |
| 5 | | Seattle, WA 98101-1337<br>Phone: 206-319-7052 |
| 6 | | Email: jcrosetto@buchalter.com<br>*Attorneys for Plaintiff TinyBuild LLC* |

NOTICE OF CHANGE OF ADDRESS - 2
CASE NO.: 2:19-CV-00805

BUCHALTER
A Professional Corporation
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Phone: 206-319-7052

BN 40589926v1

CERTIFICATE OF SERVICE

    I hereby certify that on this day I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED:    May 20, 2020

                                                BUCHALTER
                                               A Professional Corporation

                                               *s/John B. Crosetto*
                                               John B. Crosetto, WSBA 36667

NOTICE OF CHANGE OF ADDRESS - 3
CASE NO.: 2:19-CV-00805

BUCHALTER
A Professional Corporation
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
PHONE: 206-319-7052

BN 40589926v1