The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TINYBUILD LLC, a Washington limited liability company,<br><br>  Plaintiff,<br><br>  v.<br><br>NIVAL INTERNATIONAL LIMITED, a Cypriot corporation, and SERGEY ORLOVSKIY,<br><br>  Defendants. | Case No.: 2:19-cv-00805<br><br>**NOTICE OF WITHDRAWAL** |

TO: CLERK OF THE COURT

AND TO: ALL COUNSEL OF RECORD

YOU AND EACH OF YOU PLEASE TAKE NOTICE that pursuant to LCR 83.2(b)(3), John B. Crosetto of Buchalter, a Professional Corporation hereby withdraws as counsel for Plaintiff TinyBuild LLC effective immediately. All papers and pleadings in this case, except original process, shall hereafter continue to be served on remaining Plaintiff's attorneys of record at the office addresses listed below:

Diana S. Breaux, WSBA 46112
Summit Law Group
315 5th Avenue South, Ste 1000
Seattle, WA 98104
Phone: (206) 676-7058
Email: dianab@summitlaw.com

NOTICE OF WITHDRAWAL - 1
CASE NO.: 2:19-CV-00805

BUCHALTER
A Professional Corporation
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Phone: 206-319-7052

BN 40589995v1

1  Hathaway Burden, WSBA 52970
2  Summit Law Group
   315 5th Avenue South, Ste 1000
3  Seattle, WA 98104
   Phone: (206) 676-7058
4  Email:  HathawayB@summitlaw.com

5  Dated:   May 20, 2020                    BUCHALTER

6

7                                           By: *s/John B. Crosetto*
                                               John B. Crosetto, WSBA 36667
8                                              1420 Fifth Avenue, Suite 3100
                                               Seattle, WA 98101-1337
9                                              Phone: 206-319-7052
                                               Email:  jcrosetto@buchalter.com
10                                             *Withdrawing Attorneys for Plaintiff*
                                               *TinyBuild LLC*
11

12                                          SUMMIT LAW GROUP

13

14                                          By: *s/approved via email authorization 05/20/20*
                                               Diana S. Breaux, WSBA 46112
15                                             Hathaway Burden, WSBA 52970
                                               Summit Law Group
16                                             315 5th Avenue South, Ste 1000
                                               Seattle, WA 98104
17                                             Phone: (206) 676-7058
                                               Email:  dianab@summitlaw.com
18                                             Email:  HathawayB@summitlaw.com
                                               *Attorneys for Plaintiff TinyBuild LLC*
19

20

21

22

23

24

25

26

NOTICE OF WITHDRAWAL - 2
CASE NO.: 2:19-CV-00805

BUCHALTER
A Professional Corporation
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Phone:  206-319-7052

BN 40589995v1

CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED:     May 20, 2020

BUCHALTER
A Professional Corporation

*s/John B. Crosetto*
John B. Crosetto, WSBA 36667

NOTICE OF WITHDRAWAL - 3
CASE NO.: 2:19-CV-00805

BUCHALTER
A Professional Corporation
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Phone: 206-319-7052

BN 40589995v1