UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TINYBUILD LLC,<br><br>              Plaintiff,<br><br>  v.<br><br>NIVAL INTERNATIONAL LIMITED;<br>and SERGEY ORLOVSKIY,<br><br>              Defendants. | C19-805 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff tinyBuild LLC's motion for service via international mail, docket no. 43, is GRANTED as follows. Plaintiff has represented to the Court that Cyprus is a party to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, and that Cyprus has not objected to service via mail. Pursuant to Federal Rule of Civil Procedure 4(f)(2)(C)(ii) & 4(h)(2) and *Brockmeyer v. May*, 383 F.3d 798 (9th Cir. 2004), the Clerk is DIRECTED to send, **via a form of mail requiring a signed receipt**, the following materials: (i) the summons proposed by plaintiff, (ii) the Amended Complaint, docket no. 36, (iii) the Minute Order entered May 18, 2020, docket no. 46, and (iv) this Minute Order, addressed to:

> Sergey Orlovskiy
> Digeni Akrita 1
> "Blue Ocean" Building
> Apartment 602
> Limassol, Cyprus 3035

MINUTE ORDER - 1

(2) The parties' joint motion to continue the trial date and related deadlines, docket no. 49, is GRANTED as follows:

| | |
|---|---|
| **JURY TRIAL DATE (8-10 days)** | **January 25, 2021** |
| Discovery completion deadline | August 31, 2020 |
| Dispositive motions filing deadline | October 1, 2020 |
| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions) | October 8, 2020 |
| Motions in limine filing deadline | December 3, 2020 |
| Agreed pretrial order due | December 18, 2020 |
| Trial briefs, proposed voir dire questions, and jury instructions due | December 18, 2020 |
| Pretrial conference | January 15, 2021 at 1:30 p.m. |

The deadline for filing motions related to discovery has expired, and the Court declines to reset it as requested by the parties. Counsel are advised to review the Minute Order Setting Trial Date and Related Dates, docket no. 20, which remains in full force and effect, except as amended by this Minute Order. The parties are advised that the Court has other cases set for trial on and before January 25, 2021, and that this matter might be delayed as a result, but counsel must be prepared to begin trial on the date scheduled.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 29th day of May, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2