THE HONORABLE THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| tinyBuild LLC,<br><br>   Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>Nival International Limited,<br><br>   Defendant/Counterclaim Plaintiff<br><br>and<br><br>Sergey Orlovskiy,<br><br>   Defendant. | Case No.: 19-cv-00805-TSZ<br><br>**Defendant Nival International Limited's Motion to Continue All Dates**<br><br><br>NOTE ON THE MOTION CALENDAR: September 11, 2020 |

    Defendant/Counterclaim Plaintiff Nival International Limited hereby moves this honorable court for an order continuing all dates in his case, including trial, by at least ninety (90) days in light of the ongoing COVID-19 pandemic, which has continued to make it difficult for the parties to continue discovery. Namely,

Defendant's Motion to Continue All Dates
Case No. 19-cv-00805 TSZ - 1

Boston Law Group, PC
825 Beacon Street, Suite 20, Newton MA 02459
617-928-1800

though tinyBuild LLC and Nival International Limited[1] have completed voluminous written discovery, including by propounding and responding to interrogatories, requests for admission, and requests for production of documents, discovery in this case has been stalled by reason of the pandemic, which makes travelling for and sitting for depositions dangerous to the health of the attorneys, parties, witnesses, and court reporters.

Although counsel for Nival International Limited reached out to counsel for tinyBuild LLC to ascertain their position on this motion, tinyBuild LLC's counsel did not respond (whether to indicate their assent or dissent) before Nival International Limited filed this motion.

Accordingly, Nival International Limited hereby request that the Court continue all dates in this case, including the trial date, by at least 90 days, and set the following schedule or such schedule as the court may set in its discretion:

| | |
|---|---|
| **JURY TRIAL DATE** | **April 26, 2021** |
| Discovery completed by | December 4, 2020 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | January 8, 2021 |
| All motions related to expert witnesses (e.g. a Daubert motion) must be filed no later than the third Friday thereafter (see LCR 7(d)) | January 15, 2020 |
| All motions in limine should be filed by and noted on the motion calendar no later than the Friday before the Pretrial Conference (see LCR 7(d)(4)) | February 19, 2021 |
| Agreed Pretrial order due | March 19, 2021 |

---

[1] Sergey Orlovskiy has not yet been served and has not yet appeared in this case. Accordingly, there may yet also be further discovery that may arise after his appearance.

| | |
|---|---|
| Trial Briefs, proposed voir dire questions, and jury instructions due | March 19, 2021 |
| Pretrial conference to be held at 1:30 PM on | March 29, 2021 |

Nival International Limited submits that this request to continue dates is not as a result of any delay by the parties or that any parties will be unduly prejudiced as a result of the continuance. This motion is made on the sole basis of the ongoing global pandemic.

DATED this 31st day of August, 2020,

Respectfully submitted,

Nival International Limited,
By its Attorneys,

*/s/ Matthew Shayefar, Esq.*
Matthew Shayefar, Esq. (*pro hac vice*)
Boston Law Group, PC
925 N La Brea Ave
West Hollywood, California 90038
Tel: 617-928-1806
Email: matt@bostonlawgroup.com

It is so ordered.

1 | DATED this _____ day of _____, 2020.

                                                          HON. THOMAS S. ZILLY
                                                          U.S. DISTRICT COURT JUDGE

Presented by:

BOSTON LAW GROUP, PC

By: */s/ Matthew Shayefar*
    Matthew Shayefar, Esq. (*pro hac vice*)
    *Attorneys for Defendant Nival International Limited*

**Certificate of Service**

I hereby certify on the date indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties who have appeared in this matter.

Dated:       August 31, 2020          /s/ Philip P. Mann