THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TINYBUILD LLC, a Washington limited liability company,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>NIVAL INTERNATIONAL LIMITED, a Cypriot corporation,<br><br>　　　　　　　　　　Defendant. | CASE NO. 2:19-cv-00805-TSZ<br><br>**DECLARATION OF DIANA S. BREAUX IN OPPOSITION TO DEFENDANT'S MOTION TO CONTINUE ALL DATES** |

I, DIANA S. BREAUX, declare as follows:

1.　I am an attorney representing Plaintiff tinyBuild LLC ("tinyBuild") in this matter. I have personal knowledge of the facts contained in this declaration and I am competent to testify to them.

2.　Attached as **Exhibit A** is a true and correct copy of an email dated April 29, 2020, sent to me by Matthew Shayefar, counsel for Defendant Nival International Limited ("Nival").

3.　On April 29, 2020, Mr. Shayefar and I conferred telephonically to discuss how much additional time was needed for discovery and the discovery Nival sought to accomplish with the extension. During the meet and confer, I proposed an extension of no more than 60 days, and further advised that the parties could conduct depositions by remote means. Counsel for Nival

BREAUX DECL. ISO OPPOSITION TO DEF'S MOTION TO CONTINUE ALL DATES - 1
CASE NO. 2:19-cv-00805-TSZ

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

sought a longer extension, and we ultimately agreed to submit a joint motion for a 90-day extension.

4.     After filing the joint motion for extension, Nival did not serve any deposition notices or other discovery requests, or make any effort to confer with tinyBuild about the scheduling of depositions or other discovery.  In fact, the first communication tinyBuild received from Nival after this Court's order of May 29, 2020, was an email dated August 31, 2020, from Nival's counsel asking if tinyBuild would consent to this motion.

5.     Attached as **Exhibit B** is a true and correct copy of an email dated August 31, 2020, sent to me by Matthew Shayefar, counsel for Nival.

6.     Since May, I have taken and defended depositions, participated in at least two mediations, and attended three motion hearings, all of which were conducted remotely.  As I advised Mr. Shayefar during our meet and confer of April 29, depositions can easily be conducted remotely.

I declare under penalty of perjury of the laws of the State of Washington that the foregoing is true and correct.

Signed this 9th day of September, 2020, in Seattle, Washington.

*s/ Diana S. Breaux*
Diana S. Breaux, WSBA No. 46112

BREAUX DECL. ISO OPPOSITION TO DEF'S MOTION TO
CONTINUE ALL DATES - 2
CASE NO. 2:19-cv-00805-TSZ

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

# EXHIBIT A

*tinyBuild LLC v Nival Int'l Ltd*
**USDC - WAWD Case No. 2:19-cv-00805-TSZ**

**DECLARATION OF DIANA S. BREAUX**

# Diana Siri Breaux

| | |
|---|---|
| **From:** | Matthew Shayefar <matt@bostonlawgroup.com> |
| **Sent:** | Monday, April 20, 2020 11:24 AM |
| **To:** | Diana Siri Breaux; Hathaway Burden; john.crosetto@foster.com |
| **Cc:** | Val Gurvits; Frank Scardino; phil@mannlawgroup.com |
| **Subject:** | tinyBuild v Nival |

Hi Diana,

I hope you are well in these times and keeping safe.

Given the state of the world and the state of the litigation (particularly that it is not advisable right now to be taking depositions), I write to see if you would join in a motion to the court to request a continuance of all litigation dates (particularly the discovery cutoff) in the tinyBuild v Nival case.

Please let me know your thoughts and if you have any suggestion for the length.  I'm sure there's a lot of this going on in the Washington courts in particular, so you may have some additional insight.

Thanks a best wishes,

Matthew Shayefar

Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: 323-948-8101 | Tel: 617-928-1800 | Fax: 617-928-1802
matt@bostonlawgroup.com

--------------------------------------------------------------------------
The contents of this message and any attachments are confidential and intended only for the addressee(s).  This message may also be subject to attorney-client privilege.  If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.  Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com
In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

# EXHIBIT B

*tinyBuild LLC v Nival Int'l Ltd*
**USDC - WAWD Case No. 2:19-cv-00805-TSZ**

**DECLARATION OF DIANA S. BREAUX**

# Sharon Hendricks

| | |
|---|---|
| **From:** | Matthew Shayefar <matt@bostonlawgroup.com> |
| **Sent:** | Monday, August 31, 2020 9:55 AM |
| **To:** | Diana Siri Breaux; Hathaway Burden |
| **Cc:** | Val Gurvits; Frank Scardino; phil@mannlawgroup.com |
| **Subject:** | tinyBuild v Nival - Motion to Extend Deadlines |

Hi Diana and Hathaway,

I hope you and your families and friends are all well during these times.

I am following up on a voicemail I just left Diana. Today is the discovery deadline in the tinyBuild v Nival case and given the continuing pandemic we will be moving the court for an additional ~90 days extension of all deadlines in the case. We'd like to file the motion as a joint motion, so could you please let me know by this afternoon whether we can do so?

In hopes that you can agree to file jointly, I have put together a draft of the joint motion based on the last one we filed. That draft is attached hereto. If you have any comments, please let me know as soon as possible and don't hesitate to call me if you want to discuss.

Best wishes,

Matthew Shayefar

Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: 323-948-8101 | Tel: 617-928-1800 | Fax: 617-928-1802
matt@bostonlawgroup.com

---
The contents of this message and any attachments are confidential and intended only for the addressee(s).  This message may also be subject to attorney-client privilege.  If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.  Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com
In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.