UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TINYBUILD LLC,

        Plaintiff,

  v.

NIVAL INTERNATIONAL LIMITED; and SERGEY ORLOVSKIY,

        Defendants.

C19-805 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Defendant Nival International Limited's motion, docket no. 51, for a 90-day continuance of all dates and deadlines is GRANTED as follows:

| **JURY TRIAL DATE (8-10 days)** | **April 26, 2021** |
|---|---|
| Discovery completion deadline | December 4, 2020 |
| Dispositive motions filing deadline | January 14, 2021 |
| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions) | January 21, 2021 |
| Motions in limine filing deadline | March 25, 2021 |
| Agreed pretrial order due | April 9, 2021 |

MINUTE ORDER - 1

| Trial briefs, proposed voir dire questions, and jury instructions due | April 9, 2021 |
|---|---|
| Pretrial conference | April 16, 2021 at 1:30 p.m. |

The parties are advised that the Court has other cases set for trial on and before April 26, 2021, and that this matter might be delayed as a result, but counsel must be prepared to begin trial on the date scheduled.  The provisions of the Minute Order Setting Trial and Related Dates, docket no. 20, concerning the agreed pretrial order and the form of the exhibit list to be included therein, the numbering of trial exhibits, and immediate notice to the Court of any settlement remain in full force and effect.  No further continuances will be granted on the grounds that discovery efforts have been hampered by the effects of Coronavirus Disease 2019; counsel are expected to conduct depositions by remote means, for example, web-based video-conference platforms (*e.g.*, Cisco WebEx, GoToMeeting, Microsoft Teams, Skype for Business, Zoom, etc.) or telephonic conference.  *See* Fed. R. Civ. P. 30(b)(4).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of September, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2