THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TINYBUILD LLC, a Washington limited liability company, | CASE NO. 2:19-cv-00805-TSZ |
| Plaintiff/Counterclaim Defendant, | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| NIVAL INTERNATIONAL LIMITED, a Cypriot corporation, | [Clerk's Action Requested] |
| Defendant/Counterclaim Plaintiff, and | |
| SERGEY ORLOVSKIY, | |
| Defendant. | |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal *with prejudice* of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

///

///

///

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1

CASE NO. **2**:19-cv-00805-TSZ

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

Respectfully submitted this 25th day of January 2021.

| | |
|---|---|
| **SUMMIT LAW GROUP, PLLC** | **MANN LAW GROUP PLLC** |
| By *s/ Diana Siri Breaux* | By *s/Philip P. Mann* |
|     Diana Siri Breaux, WSBA #46112 |     Philip P. Mann, WSBA #. 28860 |
|     Hathaway Burden, WSBA #52970 |     107 Spring Street |
|     315 Fifth Avenue S., Suite 1000 |     Seattle, Washington 98104 |
|     Seattle, WA 98104 |     Tel: 206-463-0900 |
|     Tel: 206-676-7000 |     phil@mannlawgroup.com |
|     dianab@summitlaw.com | |
|     hathawayb@summitlaw.com | **BOSTON LAW GROUP, PC** |
| *Attorneys for Plaintiff tinyBuild LLC* |     Valentin Gurvits, (*admitted pro hac vice*) |
| |     825 Beacon Street, Suite 20 |
| |     Newton Centre, Massachusetts 02459 |
| |     Tel: 617-928-1804 |
| |     vgurvits@bostonlawgroup.com |
| |     Matthew Shayefar, (*admitted pro hac vice*) |
| |     925 N La Brea Ave |
| |     West Hollywood, California 90038 |
| |     Tel: 617-928-1806 |
| |     matt@bostonlawgroup.com |
| | *Attorneys for Defendants* |
| | *Nival International Limited and* |
| | *Sergey Orlovskiy* |

## ORDER

Pursuant to the foregoing Stipulation, it is hereby **ORDERED** that the claims asserted by either party in this action are dismissed, with prejudice, and without award of attorneys' fees or costs to any party.

IT IS SO ORDERED.

DATED this _____ day of _____, 2021.

                                                                     _____
                                                                     Honorable Thomas S. Zilly
                                                                     United States District Judge

4847-0055-5737, v. 1

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2

CASE NO. **2**:19-cv-00805-TSZ

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001